LAMKIN IP DEFENSE
Rachael D. Lamkin (246066)
655 Montgomery St., 7th Floor
San Francisco, CA 94111
916.747.6091
RDL@LamkinIPDefense.com

*Attorneys for DJ Plaintiff
Nina Shope*

UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

| | |
|---|---|
| NINA SHOPE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRIDA KAHLO CORPORATION, a Panamanian corporation, and FRIDA KAHLO INVESTMENTS, S.A., a Panamanian corporation,<br><br>　　　　Defendant. | Case No. 1:19-cv-01614<br><br>**RULE 41 DISMISSAL** |

**RULE 41 DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses its Complaint against Defendant(s) **with prejudice**. Each Party to bear its own fees and costs.

Respectfully submitted,

s/ Rachael D. Lamkin

Rachael D. Lamkin

Rule 41 Dismissal　　1

*Attorneys for DJ Plaintiff  
Nina Shope*

## CERTIFICATE OF SERVICE

On this date, April 1, 2020, the following documents were served upon each Defendant via the Court's ECF system.

**RULE 41 DISMISSAL**

Respectfully submitted,

s/ Rachael D. Lamkin
_____
Rachael D. Lamkin

*Attorneys for DJ Plaintiff  
Nina Shope*